# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00687-CV

**In re Karen E. McRae**

**R. C. C. and N. T., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 19,1739, THE HONORABLE DWIGHT E. PESCHEL, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of N. T. The subject of this proceeding is Karen E. McRae, appellant's attorney.

Appellant filed her notice of appeal on December 27, 2021, and her brief was due March 8, 2022. On March 3, 2022, we ordered counsel to file appellant's brief no later than March 16, 2022. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Karen E. McRae shall appear in person before this Court on Wednesday, April 13, 2022, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions

imposed for her failure to obey our March 3, 2022 order. This order to show cause will be withdrawn and McRae will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before April 11, 2022.

It is ordered on April 5, 2022.

Before Justices Goodwin, Baker, and Triana